# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-355 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DANIEL RICHTER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on December 12, 2022. The Court referred this matter to Magistrate Judge Thomas M. Parker to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Parker reported that a supervised release violation hearing was held on January 23, 2023. The defendant admitted to the following violations:

1. Possession of Sexually Explicit Material
2. Unauthorized Use of a Computer

The magistrate judge filed a report and recommendation on January 23, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on February 14, 2023. Present were the following: Assistant United States Attorney Michael Sullivan, Attorney Roger Synenberg, the defendant Daniel Richter, and United States Probation Officer Christopher Trent.

Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his

supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 23 months, with credit for time served from his arrest on the supervised release warrant. The Court recommends that the defendant be placed at FCI Morgantown or another facility that will best meet the defendant's programmatic needs. Following imprisonment, the Court imposes a term of supervised release of 15 years with the same conditions as previously set, including the following addition: the Court will consider an inpatient facility (at defendant's cost), to be approved in advance by the U.S. Probation Officer. If the facility is in a district other than the Northern District of Ohio, the placement will not be approved unless the U.S. Probation Office is able to arrange for temporary courtesy supervision of the defendant by the U.S. Probation Office in the district in which the treatment facility is located. Defendant remanded.

**IT IS SO ORDERED**.

Dated: February 14, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**